SUE P. FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Antoine El Habre,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Marco Rubio,<br><br>　　　　Defendant. | Case No. 2:25-cv-00142-CDS-EJY<br><br>**Stipulation and Order to Extend Time to Answer**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Antoine El Habre, and Federal Defendant Marco Rubio, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his Complaint for Declaratory and Injunctive Relief on January 23, 2025. ECF No. 1.

Plaintiff served Federal Defendant with a copy of the Summons and Complaint via U.S. priority mail on January 30, 2025.

The current deadline for Federal Defendant to respond to Plaintiff's Complaint is March 31, 2025.

On March 28, 2025, undersigned counsel for Plaintiff and Federal Defendant agreed to a 30-day extension of time for Federal Defendant to review the record and continue gathering information from agency counsel. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 30-day extension from March 31, 2025, to **April 30, 2025**, for Federal Defendant to file an answer or otherwise respond to the Complaint. This is Federal Defendant's first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 31st day of March 2025.

| | |
|---|---|
| PETER L. ASHMAN<br>Nevada Bar No. 2285<br>Law Offices of Peter L. Ashman<br>501 S. Rancho Drive, Ste. A-8<br>Las Vegas, Nevada 89106<br>pla@ashmanlaw.com<br><br>/s/ Jesse M. Bless<br>JESSE M. BLESS<br>Bless Litigation LLC<br>6 Vineyard Lane<br>Georgetown, MA 01833<br>jess@blesslitigation.com<br><br>*Attorneys for the Plaintiff* | SUE P. FAHAMI<br>Acting United States Attorney<br><br>/s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 31, 2025